PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Peter Nunn**

**Docket No. 0:02CR00323-2(PAM)**

**Petition on Supervised Release**

COMES NOW **Lester T. Harris**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Peter Nunn** who was sentenced for Aiding and Abetting Distribution and Possession with Intent to Distribute Cocaine Base on May 28, 2003, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing to determine if the defendant has reverted to the use of drugs.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On March 23, 2005, Mr. Nunn tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on March 24, 2005, at 9:30 a.m. to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 23rd day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lester T. Harris
U.S. Probation Officer

Executed on March 23, 2005
Place Minneapolis

SCANNED
MAR 2 3 2005
U.S. DISTRICT COURT ST. PAUL