UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

John Peter Nunn,

Defendant.

Case No. CR-02-323 (2) PAM

INITIAL ORDER OF REVOCATION

---

Upon a hearing before this Court and a finding and adjudication that the defendant violated a special condition of his term of supervision, it is hereby ordered that the defendant be committed to the custody of the United States Bureau of Prisons for a term of 2 days.

☐ The defendant is remanded to the custody of the United States Marshal

☒ The defendant shall voluntarily surrender for service of said sentence on 3-26-05, at 8:00 A.m. at the jail facility designated by the United States Marshal.

The defendant shall be released from said sentence on 3-28-05, at 8:00 a.m.

It is also ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same conditions as originally imposed and any conditions that were added during the previous term of supervision. The discharge date shall remain the same as previously calculated.

Dated: March 24, 2005

PAUL A. MAGNUSON
United States District Judge

SCANNED
MAR 2 4 2005
U.S. DISTRICT COURT ST. PAUL