UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-323(2) PAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR APPOINTMENT OF COUNSEL |
| | ) | |
| JOHN PETER NUNN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: April _5_, 2005

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge

**FEDERAL PUBLIC DEFENDER**
Suite 107, U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: (612) 664-5858
Fax: (612) 664-5850

DANIEL M. SCOTT
Federal Public Defender

TIM W. TREBIL
MIKE KAULFUSS
Investigators

JULIE M. PETTIT
Paralegal

SCOTT F. TILSEN
First Assistant Defender

Assistant Federal Defenders
ANDREW H. MOHRING
ANDREA K. GEORGE
VIRGINIA G. VILLA
KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS

April 6, 2005

Honorable Paul A. Magnuson
Senior U.S. District Judge
730 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Kwesi Odia Sallis
Criminal No. 01-344(1) PAM

Dear Judge Magnuson:

Enclosed for your consideration is a proposed Order for Appointment of Counsel.

Sincerely,

*s/Katherine M. Menendez*
KATHERINE. M. MENENDEZ
Assistant Federal Defender

KMM/ls
Enclosure