PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Peter Nunn**

**Docket No. 0:02CR00323-002(PAM)**

**Petition on Supervised Release**

RECEIVED
SEP 16 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

COMES NOW **Craig A. Madson,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Peter Nunn** who was sentenced for Aiding and Abetting Distribution and Possession with Intent to Distribute Cocaine Base on May 28, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; and mandatory drug testing

2 days custody of Bureau of Prisons (modified March 24, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Mr. Nunn admitted using crack cocaine on at least two occasions in April 2008.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

SCANNED
SEP 16 2008
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 12th day of Sept, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on September 9, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission